IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 11-05603 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING REQUEST TO REMOVE CMC** |
| (1) 1937 PACKARD SUPER 8, et al., | |
| Defendants. | |

    Plaintiff's request to remove the case management conference from the calendar is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 22, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE