IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>(1) 1937 PACKARD SUPER 8, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-05603 WHA<br><br>**ORDER DENYING REQUEST TO REMOVE CMC** |

    Plaintiff's request to remove the case management conference from the calendar is **DENIED**.

    **IT IS SO ORDERED.**

Dated: February 22, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE