IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

1937 PACKARD SUPER 8, VIN 1063203; 1938 PEUGEOT 402BL ECLIPSE DECAPOTABLE, VIN 272535; VP BUGATTI, SERIAL NO. 57477; 1962 MERCEDES 220SE CABRIOLET, VIN 11102310030407; 1970 MERCEDES, VIN 1102612001226; 1949 LINCOLN, VIN 9EH56861; 1959 LINCOLN, VIN H9YC420934; 1966 AMC, VIN A6BA75Q102707; $5,504,017.57 in UNITED STATES CURRENCY FROM CHARLES SCHWAB ACCOUNT ENDING IN NO. 4213; and $1,211,696.12 in UNITED STATES CURRENCY FROM WELLS FARGO ACCOUNT ENDING IN NO. 7465,

    Defendants.
                                 /

No. C 11-05603 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting plaintiff's motion for default, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendants. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: March 29, 2012.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE